# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3687

_____

United States of America,            *
                                     *
            Appellee,                *
                                     *
        v.                           *
                                     *
David Allen Rowe,                    *
                                     *
            Appellant.               *

_____

No. 98-3805                          Appeals from the United States
                                    District Court for the
_____                         District of South Dakota.

United States of America,            *
                                     *    [UNPUBLISHED]
            Appellee,                *
                                     *
        v.                           *
                                     *
Michael Lee Kasdorf,                 *
                                     *
            Appellant.               *

_____

Submitted:  May 11, 1999

Filed:  May 19, 1999

_____

Before MCMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

David Allen Rowe and Michael Lee Kasdorf were convicted by a jury for counterfeiting offenses and sentenced to fifty and twenty months, respectively. In this joint appeal, Rowe appeals the district court's enhancement under U.S.S.G. § 2B5.1 and its imposition of periodic polygraph examinations as an additional condition of his supervised release. Kasdorf appeals the district court's refusal to instruct the jury on the defense of coercion and its response to a jury question.

We have carefully reviewed the record and conclude that the district court committed no error. Because an extended discussion of the merits is unnecessary, we affirm on the basis of the district court's ruling. See 8th Cir. R. 47B.

A true copy.

Attest.

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.